**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT EARL RICKS, JR., | ) | CASE NO. CV 06-05934 DOC(SS) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| TOM FELKER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 15, 2008

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE